**E-Filed 12/16/2008**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JAMES ALAN BUSH, | Case Number C 08-3842 JF (RS) |
| Plaintiff, | JUDGMENT |
| v. | |
| DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, MICHAEL B. MUKASEY, | |
| Defendants. | |

Defendants' motion to dismiss having been granted, IT IS HEREBY ORDERED that judgment is entered in favor of Defendants.

The Clerk of the Court shall close the file.

DATED: December 16, 2008

_____
JEREMY FOGEL
United States District Judge

1  This Order has been served upon the following persons:

2  James A. Scharf    james.scharf@usdoj.gov, mimi.lam@usdoj.gov

3  James Alan Bush
   1211 East Santa Clara Avenue #4
4  San Jose, CA 95116

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 08-3842 JF (RS)
JUDGMENT
(JFLC1)